JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| KATHLEEN BURCKHARDT,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security, | Case No. 8:25-cv-00111-KS<br><br>[~~PROPOSED~~]<br>**JUDGMENT FOR VOLUTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Voluntary Remand.

**IT IS SO ORDERED.**

Dated: August 13, 2025           _____
                                  THE HONORABLE KAREN L. STEVENSON
                                  U.S. MAGISTRATE JUDGE

-1-